IN THE SUPREME COURT OF THE STATE OF DELAWARE

MARK WILSON,[1]                            §
                                           § No. 203, 2020
        Respondent Below,                  §
        Appellant,                         § Court Below—Family Court
                                           § of the State of Delaware
        v.                                 §
                                           § File No. CN18-01795
ALLISON ANDREWS,                           § Petition No. 20-05104
                                           §
        Petitioner Below,                  §
        Appellee.                          §

                    Submitted: December 9, 2020
                    Decided:    December 21, 2020
                    Corrected : January 13, 2021

## **ORDER**

It appears to the Court that, on October 21, 2020, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why his appeal should not be dismissed for his failure to file an opening brief and appendix. Postal records show that the appellant received the notice to show on November 28, 2020. A timely response to the notice to show cause was due on or before December 8, 2020. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/Tamika R. Montgomery-Reeves*
Justice